NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JASON MICHAEL ALLEN,      )
      )
      Appellant,      )
      )
v.      )      Case No. 2D18-2504
      )
STATE OF FLORIDA,      )
      )
      Appellee.      )
_____)

Opinion filed August 7, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark F. Carpanini,
Judge.

Jason Michael Allen, pro se.


PER CURIAM.


      Affirmed.


MORRIS, SLEET and ATKINSON, JJ., Concur.